UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
Kimberly Markel

               Plaintiff,

Case No. 24-cv-02143

      -against-

The New School

              Defendant.

-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Olympias Iliana Konidaris_____

FILL IN ATTORNEY NAME

My SDNY Bar Number is:__OK8580_____    My State Bar Number is __4824546_____

I am,

[✔]    An attorney

[ ]    A Government Agency attorney

[ ]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:__Konidaris Law_____
              FIRM ADDRESS:_90 Broad St., Ste. 10th Floor, New York, NY 10004___
              FIRM TELEPHONE NUMBER:_(347) 504-0220_____
              FIRM FAX NUMBER:_(212) 409-8522_____

NEW FIRM:    FIRM NAME:_The Fierberg National Law Group, PLLC_____
              FIRM ADDRESS:_305 Broadway, Seventh Floor, New York, NY 10007_
              FIRM TELEPHONE NUMBER:_(347) 504-0220_____
              FIRM FAX NUMBER:_(231) 252-8100_____

[✔]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 3/22/2024

_____
ATTORNEY'S SIGNATURE