UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIMBERLY MARKEL,

                     Plaintiff,

       v.

THE NEW SCHOOL,

                     Defendant.

---

**NOTICE OF APPEARANCE**

Civil Action No. 1:24-cv-02143-LAP

To:    The clerk of court and all parties of record

**PLEASE TAKE NOTICE** that I am admitted to practice in this Court and I appear in this case as counsel for Defendant THE NEW SCHOOL.

Dated: May 28, 2024

BOND, SCHOENECK & KING, PLLC

By:   /s/ Michael P. Collins
       Michael P. Collins, Esq.
*Attorneys for Defendant*
600 Third Avenue, 22nd Floor
New York, New York 10016-1915
Telephone: (646) 253-2300