UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY MARKEL,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE NEW SCHOOL,<br><br>                    Defendant. | **RULE 7.1 DISCLOSURE STATEMENT**<br><br>Civil Action No. 1:24-cv-02143-LAP |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The New School, certifies it is a New York Not-for-Profit Education Corporation charted by the Regents of the State University of New York that has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  May 28, 2024                                            BOND, SCHOENECK & KING, PLLC


                                                                                By:     /s/ Michael P. Collins
                                                                                          Michael P. Collins, Esq.
                                                                                          Michaela J. Mancini, Esq.
                                                                                *Attorneys for Defendant*
                                                                                Office and P.O. Address
                                                                                600 Third Avenue, 22nd Floor
                                                                                New York, New York  10016-1915
                                                                                Telephone:  (646) 253-2300