UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY MARKEL,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE NEW SCHOOL,<br><br>                    Defendant. | **NOTICE OF APPEARANCE**<br><br>Civil Action No. 1:24-cv-02143-LAP |

To:   The clerk of court and all parties of record

**PLEASE TAKE NOTICE** that I am admitted to practice in this Court and I appear in this case as counsel for Defendant THE NEW SCHOOL.

Dated:  May 28, 2024                              BOND, SCHOENECK & KING, PLLC

                                                  By:    /s/ Michaela J. Mancini
                                                          Michaela J. Mancini, Esq.
                                                  *Attorneys for Defendant*
                                                  600 Third Avenue, 22nd Floor
                                                  New York, New York  10016-1915
                                                  Telephone:  (646) 253-2300