

Westchester Office:  10 Bank Street, Suite 1120 | White Plains, NY  10606
New York City Office:  600 Third Avenue, 22nd Floor | New York, NY 10016-1915
| bsk.com |

**MICHAEL P. COLLINS, ESQ.**
mcollins@bsk.com
P: 914.306.7870
F: 646.253.2301

October 3, 2024

**VIA ELECTRONIC FILING**

Hon. Loretta A. Preska, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

    Re:    Markel v. The New School; 1:24-cv-02143-LAP

Dear Judge Preska:

My law firm is counsel to the defendant in this action.  I write on behalf of both sides, with the consent of my adversary, to request an initial pretrial conference pursuant to Fed. R. Civ. P. 16 to obtain a scheduling order for this case.

The parties engaged in mediation pursuant to the applicable S.D.N.Y. protocol for counselled employment cases but were unable to reach a resolution.  The assigned mediator submitted a Final Report of Mediator on September 5, 2024, which is Document #13 on the docket.

We respectfully request an initial conference in this case.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*Michael P. Collins*

Michael P. Collins
Member

MPC/dd

cc:  Olympias Iliana Konidaris, Esq. (counsel for Kimberly Markel)

18478350.v1-10/3/24

Attorneys At Law | A Professional Limited Liability Company