

**BOND SCHOENECK & KING**

Westchester Office: 10 Bank Street, Suite 1120 | White Plains, NY 10606
New York City Office: 600 Third Avenue, 22nd Floor | New York, NY 10016-1915
| bsk.com |

MICHAEL P. COLLINS, ESQ.
mcollins@bsk.com
P: 914.306.7870
F: 646.253.2301

October 3, 2024

**VIA ELECTRONIC FILING**

Hon. Loretta A. Preska, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> The parties shall appear for an initial pretrial teleconference at 10:00 a.m. on October 21, 2024. The dial-in is: 877-402-9753, access code: 6545179. The Clerk of the Court shall close docket entry number 14.
>
> **SO ORDERED.**
>
> *Loretta A. Preska*
> LORETTA A. PRESKA, U.S.D.J.
> 10/07/2024

Re:   Markel v. The New School; 1:24-cv-02143-LAP

Dear Judge Preska:

My law firm is counsel to the defendant in this action. I write on behalf of both sides, with the consent of my adversary, to request an initial pretrial conference pursuant to Fed. R. Civ. P. 16 to obtain a scheduling order for this case.

The parties engaged in mediation pursuant to the applicable S.D.N.Y. protocol for counselled employment cases but were unable to reach a resolution. The assigned mediator submitted a Final Report of Mediator on September 5, 2024, which is Document #13 on the docket.

We respectfully request an initial conference in this case.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*Michael P. Collins*

Michael P. Collins
Member

MPC/dd

cc: Olympias Iliana Konidaris, Esq. (counsel for Kimberly Markel)