```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| KIMBERLY MARKEL,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE NEW SCHOOL,<br><br>                    Defendant. | No. 24-CV-2143 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   As agreed during the telephone conference held today, the Court hereby Orders the following:

   1. Defendant shall produce to Plaintiff all documents in the school's EEOC/Title IX files relating to Plaintiff or to Professor Roe.

   2. Plaintiff shall produce to Defendant all of Plaintiff's medical/psychological records relating to the events described in the Complaint (assuming an appropriate protective order).

   3. Plaintiff shall promptly send Defendant a request for production of documents relating to alleged retaliatory actions by Professor Roe.

   4. All documents shall be produced no later than November 12, 2024.

   5. The parties shall meet and confer regarding potential expert discovery before November 19, 2024.

1

6. The parties shall submit a joint letter or separate letters no later than November 19, 2024 informing the Court how they propose to proceed.

**SO ORDERED.**

Dated:    October 22, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge