UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KIMBERLY MARKEL,**<br><br>     PLAINTIFF,<br><br><br><br>-- against --<br><br>**THE NEW SCHOOL,**<br><br>     DEFENDANT. | **CIVIL ACTION NO. 24-2143**<br><br>**[Proposed] Case Management<br>Plan and Scheduling Order** |

LORETTA A. PRESKA, United States District Judge:

This Civil Case Management Plan and Scheduling Order (the "Plan") is submitted by the parties in accordance with Federal Rule of Civil Procedure 26(f)(3):

1. The parties do not consent to conduct all further proceedings before a Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c).

2. The parties have conferred pursuant to Federal Rule of Civil Procedure 26(f) and pursuant to the Court's October 22, 2024 Order (ECF No. 16) by conference call with all counsel present.

3. The parties have engaged in settlement discussions and will continue to do so. The parties have also participated in the Court's early mediation program.

4. Any motion to amend or to join additional parties shall be filed no later than **December 19, 2024**, and no such motions are anticipated.

5. All fact discovery shall be completed no later than **May 15, 2025**.

6. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 5 above:

    a. Initial requests for production of documents shall be served by **December 19, 2024**.

    b. Interrogatories pursuant to Rule 33.3(a) of the Local Rules of the Southern District of New York shall be served by **December 19, 2024**.

    c. Unless otherwise ordered by the Court, contention interrogatories should be served consistent with Rule 33.3(c) of the Local Rules of the Southern District of New York.

    d. Depositions shall be completed by **May 15, 2025**, and the parties will confer as to the persons to be deposed and the order of those depositions, with the understanding that the parties will work cooperatively to schedule all depositions. The parties will request relief and involvement by the Court only if their efforts to resolve any issues or disputes as to scheduling do not result in agreement.

7. Unless otherwise ordered by the Court, requests to admit shall be served no later than thirty (30) days before the close of discovery.

8. The parties anticipate that expert discovery is necessary in this case. Therefore, any and all expert discovery, including disclosures, reports, rebuttal reports, production of underlying documents, and depositions, shall be completed by **June 26, 2025**.

9. All discovery shall be completed no later than **June 26, 2025.**

10. Unless otherwise ordered by the Court, within thirty (30) days of the close of all discovery, or, if a dispositive motion has been filed, within thirty (30) days of a decision on such motion, the parties shall submit to the Court for its approval a Joint Pretrial Order prepared in accordance with the Court's Individual Rules and Practices and Fed. R. Civ. P. 26(a)(3). The parties shall also follow Paragraph 3 of the Court's Individual Rules and Practices for Civil Cases, which identifies submissions that must be made.

11. Any motion(s) for summary judgment must be filed no later than **August 7, 2025**.

12. The case is to be tried to a jury.

13. Counsel for the parties have conferred and their present best estimate of the length of trial is six to seven days.

14. Counsel for the parties have used of the following alternate dispute resolution mechanisms in this case: (i) participation in the District's Mediation Program; and (ii) informal settlement discussions among counsel. The parties will continue to confer regarding possible settlement, including further settlement meetings before the Court or an assigned Magistrate Judge within the District or through the retention of a private mediator.

The Plan has been reviewed by the Court and, except as modified, is adopted as the Scheduling Order of this Court in accordance with Rule 16(b), Fed. R. Civ. P.

                                                                                    LORETTA A. PRESKA
                                                                                 United States District Judge

Dated: _____
New York, New York

Counsel for the Parties

| **BOND, SCHOENECK & KING, PLLC** | **THE FIERBERG NATIONAL LAW GROUP, PLLC** |
|---|---|
| By:    /s/ Michael P. Collins | By: *(signature)* |
| Michael P. Collins, Esq. | Olympias Iliana Konidaris, Esq. |
| Michaela J. Mancini, Esq. | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | 305 Broadway, Seventh Floor |
| 600 Third Avenue, 22nd Floor | New York, New York 10007 |
| New York, New York 10016 | T: (347) 504-0220 |
| T: (646) 253-2300 | F: (231) 252-8100 |
| F: (646) 253-2301 | ikonidaris@tfnlgroup.com |
| mcollins@bsk.com | |
| mmancini@bsk.com | |