UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY MARKEL,

          Plaintiff,

-against-

THE NEW SCHOOL,

          Defendant.

No. 24-CV-2143(LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    As discussed during the teleconference held today, March 24, 2025, Plaintiff, counsel for Plaintiff, counsel for Defendant, and a representative for Defendant with authority to make business decisions on Defendant's behalf shall appear for a settlement conference at 2:00 p.m. on April 1, 2025. The settlement conference shall take place in Courtroom 12A, 500 Pearl Street, New York, New York 10007. The parties are temporarily excused from compliance with the operative scheduling order (dkt. no. 22), pending the outcome of the settlement conference.

**SO ORDERED.**

Dated:    March 24, 2025
             New York, New York

                        *Loretta A. Preska*
                        LORETTA A. PRESKA
                        Senior United States District Judge