# BOND SCHOENECK & KING

**Westchester Office: 10 Bank Street, Suite 1120 | White Plains, NY 10606**
New York City Office: 600 Third Avenue, 22nd Floor | New York, NY 10016-1915
| bsk.com |

**MICHAEL P. COLLINS, ESQ.**
mcollins@bsk.com
P: 914.306.7870
F: 646.253.2301

March 26, 2025

**VIA ECF**

Hon. Loretta A. Preska, U.S.D.J.
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

     *Re:    Markel v. The New School; 1:24-cv-02143-LAP*

Dear Judge Preska:

As counsel to the Defendant, The New School, I submit this joint letter motion on behalf of all parties, requesting to adjourn the settlement conference currently scheduled for April 1, 2025, at 2:00 PM (the "Conference"). There has been no previous request for adjournment of the Conference.

Counsel for Plaintiff and Defendant conferred with the Deputy Court Clerk yesterday via telephone regarding potential alternative dates for the Conference. The Deputy Court Clerk provided the following: April 15, 2025 at 12:00 PM, or April 17, 2025 at 10:00 AM. Counsel then conferred with their respective clients and have confirmed that all parties and their representatives are available on April 17, 2025 at 10:00 AM. As such, the parties respectfully request that the April 1, 2025 Conference be adjourned to April 17, 2025 at 10:00 AM.

Thank you for your attention to this matter.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*/s/ Michael P. Collins*
Michael P. Collins

Hon. Loretta E. Preska
March 26, 2025
Page 2

Member

cc:  Olympias Iliana Konidaris, Esq. (counsel for Kimberly Markel)

The settlement conference currently scheduled
for April 1, 2025 is hereby adjourned to
April 17, 2025 at 10:00 a.m.  The Clerk of
the Court shall close docket number 24.

**SO ORDERED.**

Dated: March 26, 2025

_____
LORETTA A. PRESKA, U.S.D.J.