

O. ILIANA KONIDARIS, ESQ.

MANAGING LEGAL COUNSEL, NEW YORK CITY

305 BROADWAY, SEVENTH FLOOR
NEW YORK, NEW YORK 10007
*ADMITTED IN NEW YORK ONLY

P: (347) 504-0220
F: (231) 252-8100
IKONIDARIS@TFNLGROUP.COM

SEND CORRESPONDENCE TO:
201 EAST 17TH STREET, SUITE A
TRAVERSE CITY, MI 49684

May 28, 2025

**VIA EMAIL TO PreskaNYSDChambers@nysd.uscourts.gov**
Hon. Loretta A. Preska, U.S.D.J.
United States District Court
United States Court House
500 Pearl Street
New York, NY 10007-1312

    Re:    Markel v. The New School; 1:24-cv-02143-LAP

Dear Judge Preska:

I am counsel to the Plaintiff in the above action and submit this joint letter on behalf of the parties. In a letter to the Court dated April 30, 2025, the parties stated that they would submit a joint stipulation of dismissal by Friday, May 30, 2025. While the parties are working diligently and collaboratively to finalize the settlement agreement, we request an extension until Friday, July 11, 2025 to file the stipulation. This will allow the parties to consult with tax advisors and other professionals, which has required extra time.

    We thank you for your attention to this matter.

```
The parties' request for an extension
is GRANTED.  The parties shall update
the Court as to the status of
settlement no later than July 11,
2025.
```

Respectfully Submitted,

Olympias Iliana Konidaris, Esq.

    Cc:    All counsel (via email)

```
SO ORDERED.
Dated: May 28, 2025
```

LORETTA A. PRESKA, U.S.D.J.