UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY MARKEL,<br><br>                      Plaintiff,<br><br>     v.<br><br>THE NEW SCHOOL,<br><br>                      Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No. 1:24-cv-02143-LAP |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant, as represented by the undersigned attorneys of record, that Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned Action is hereby dismissed in its entirety, with prejudice, and without costs, expenses or fees of any kind to either party against the other.

Dated: July __31__, 2025
         New York, New York

| | |
|---|---|
| **THE FIERBERG NATIONAL LAW GROUP**<br><br>_____<br>Olympias Iliana Konidaris<br>305 Broadway, Seventh Floor<br>New York, New York 10007<br>T: (347) 504-0220<br>F: (231) 252-8100<br>ikonidaris@tfnlgroup.com<br>*Attorneys for Plaintiff* | **BOND, SCHOENECK & KING PLLC**<br><br>_____<br>Michael P. Collins<br>600 Third Avenue 22nd floor<br>New York, New York 10016-1915<br>T: 646.253.2300<br>collinm@bsk.com<br>*Attorneys for Defendant* |